# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3038

_____

United States of America

*Plaintiff - Appellee*

v.

Demetrius Ingram

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: February 4, 2025
Filed: February 7, 2025
[Unpublished]

_____

Before LOKEN, BENTON, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Demetrius Ingram appeals after the district court[1] revoked his supervised release and sentenced him to 8 months in prison and 12 months of supervised release. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

Ingram's counsel has moved for leave to withdraw and has filed a brief that argues the district court plainly erred by not explaining why it rejected the sentence requested by Ingram, and by not stating specific reasons for the within-Guidelines sentence. *See United States v. Wood*, 587 F.3d 882, 883-84 (8th Cir. 2009) (plain error review). Upon careful review, this court concludes that Ingram has not shown that he would have received a lighter sentence if the district court had engaged in a longer explanation of his sentence. *See United States v. Black*, 670 F.3d 877, 881 (8th Cir. 2012) (defendant must show plain error that affected substantial rights, and reasonable probability that he would have received lower sentence but for the error); *United States v. Guarino*, 517 F.3d 1067, 1069 (8th Cir. 2008) (where district court erred by failing to adequately explain reasons for sentence imposed, the error did not affect defendant's substantial rights, as he failed to show that, but for the error, he would have probably received more favorable sentence).

The judgment is affirmed, and counsel's motion to withdraw is granted.

_____